UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DELANO READ,<br><br>    Plaintiff,<br><br>    v.<br><br>E. VALENZUELA,<br><br>    Defendant. | Case No.  15-cv-01346-EMC<br><br>**ORDER RE TRAVERSE** |

This action was reassigned to the undersigned when one or more of the parties declined to consent to proceed before a magistrate judge. The order of reassignment stated that "[a]ll dates presently scheduled are vacated," but also that "[b]riefing schedules. . . remain unchanged." Docket No. 8. Thereafter Respondent filed a response to the order to show cause on May 26, 2015, but the Petitioner did not file a traverse. Due to the slight possibility that Petitioner may not have realized that the order of reassignment did not vacate the traverse deadline, the Court now *sua sponte* extends the traverse deadline. Petitioner must file his traverse and serve a copy of it on Respondent's counsel no later than **December 18, 2015**.

**IT IS SO ORDERED**.

Dated: November 17, 2015

_____

EDWARD M. CHEN
United States District Judge